# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 17 cr 3883 JLS |
| Plaintiff, | **ORDER** |
| v. | |
| GUADALUPE RIVERA (1), | |
| Defendant. | |

Upon the joint motion of the parties, the Court finds there are fair and just reasons to allow Defendant to withdraw her guilty plea to the Information and plead guilty to the Superseding Information.

IT IS ORDERED that the joint motion is granted. The defendant's guilty plea to the Information is hereby deemed withdrawn.

IT IS SO ORDERED.

Dated: March 26, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

ORDER