UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GUADALUPE RIVERA (1),<br><br>          Defendant. | Case No. 17cr3883-JLS<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Superseding Information the United States sought forfeiture of all right, title and interest in properties of Defendant GUADALUPE RIVERA ("Defendant"), pursuant to Title 21 United States Code, Section 853(a) as properties constituting proceeds of the offense and as properties representing the proceeds of the violation and properties intended to facilitate the violation of Title 21, United States Code, Sections 952 and 960 as charged in Count 1 of the Superseding Information; and

WHEREAS, on or about April 21, 2021 Defendant pled guilty before Magistrate Judge Andrew G. Schopler to Count 1 of the Superseding Information, which plea included consent to the forfeiture allegations of the Superseding Information, and consent to the forfeiture of all property seized in connection with the case, including but not limited to the following:

a.     an AR-15 style firearm with no serial number; and

b.     Approximately $9,708.00 in U.S. Currency; and

1       c.      a Chevrolet Suburban, VIN: 1GNFK16TX2J334956; and

2       WHEREAS, on May 6, 2021, this Court accepted the guilty plea of Defendant; and

3 WHEREAS, by virtue of the facts set forth in the plea agreement and

4 forfeiture addendum, the Court finds that the United States has established the requisite

5 nexus between the forfeited properties and the offense; and,

6 WHEREAS, on or about April 4, 2018, the AR-15 style firearm with no serial

7 number was administratively forfeited in the Southern District of California by the Bureau

8 of Alcohol, Tobacco, Firearms, and Explosives ("ATF"); and

9 WHEREAS, by virtue of said guilty plea, the United States is now entitled to

10 possession of the above-referenced properties, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)

11 of the Federal Rules of Criminal Procedure; and,

12 WHEREAS, pursuant to Rule 32.2(b), the United States having requested the

13 authority to take custody of the above-referenced properties which are hereby found

14 forfeitable by the Court; and,

15 WHEREAS, the United States, having submitted the Order herein to the Defendant

16 through his attorney of record, to review, and no objections having been received;

17 Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

18 1.      Based upon the guilty plea of the Defendant to Count 1 of the Superseding

19 Information, the United States is hereby authorized to take custody and control of the

20 following assets, and all right, title and interest of Defendant GUADALUPE RIVERA in

21 the following properties are hereby forfeited to the United States pursuant to 21 U.S.C.

22 853(a) for disposition in accordance with the law, subject to the provisions of 21 U.S.C. §

23 853(n):

24       b.      Approximately $9,708.00 in U.S. Currency; and

25       c.      a Chevrolet Suburban, VIN: 1GNFK16TX2J334956.

26 2.      The aforementioned forfeited assets are to be held by the Bureau of Alcohol,

27 Tobacco, Firearms, and Explosives.

28

3.      Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties.  The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third party petitions filed with the Court and served upon the United States.  The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4.      Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5.      This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

6.      The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7.      Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to Title 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

1         8.     The Court reaffirms the completed administrative forfeiture proceedings as to

2    the AR-15 style firearm with no serial number and therefore no ancillary proceedings or

3    further forfeiture action is required for this asset.

4         9.     Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to

5    the Defendant at the time of sentencing and is part of the sentence and included in the

6    judgment.

7        IT IS SO ORDERED.

8    Dated:  June 16, 2021

9                                   Hon. Janis L. Sammartino

10                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28