UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr3883-JLS |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| GUADALUPE RIVERA (1) | |
| Defendant. | |

On June 16, 2021, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of GUADALUPE RIVERA ("Defendant") in the following properties:

    a.    Approximately $9,708.00 in U.S. Currency;

    b.    a Chevrolet Suburban, VIN: 1GNFK16TX2J334956;

For thirty (30) consecutive days ending on August 15, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

//

On July 19, 2021, Notices of Forfeiture were sent by Federal Express as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Vanessa Duarte<br>c/o Stephen Patrick White<br>Law Offices of Stephen P. White<br>750 B. Street, Suite 1760<br>San Diego, CA 92101 | 281560260639 | Marked as delivered on 7/21/21. |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited property described above.

On or about September 28, 2020, the $9,708.00 in U.S. Currency was forfeited by the State of California.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of GUADALUPE RIVERA and any and all third parties in the Chevrolet Suburban, VIN: 1GNFK16TX2J334956; is hereby condemned, forfeited and vested in the United States of America.

IT IS FURTHER ORDERED that costs incurred by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Marshals Service, and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited property according to law.

IT IS SO ORDERED.

Dated: March 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge